[No. 36417-4-II.   Division Two.   February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JON T. MESKE,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 07-1-00207-6, F. Mark McCauley, J.,
entered June 11, 2007. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton and Armstrong, JJ.

[Nos. 36506-5-II; 36513-8-II.   Division Two.   February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS JERMAINE
LEE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. AARON DARNELL
BARNES, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 06-1-00992-6, Kathryn J. Nelson, J., entered
June 29, 2007. *Affirmed* by unpublished opinion per
Penoyar, A.C.J., concurred in by Armstrong and Quinn-
Brintnall, JJ.

[No. 36657-6-II.   Division Two.   February 24, 2009.]

*In the Matter of the Marriage of* CHRISTA CATHERINE SMITH,
*Respondent*, and CHRISTOPHER ARTHUR SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 06-3-00342-7, James E. Rulli, J., entered July
20, 2007. *Affirmed* by unpublished opinion per Van Deren,
C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 36749-1-II.   Division Two.   February 24, 2009.]

*In the Matter of the Marriage of* LEONARD SIMPSON,
*Appellant*, and SHIRLEY SIMPSON, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 05-3-00292-1, David E. Foscue, J.,
entered August 6, 2007. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton and Hunt, JJ.